COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Paula Miller v. James Prince a.k.a James Smith

Appellate case number:    01-13-00243-CV

Trial court case number:  2011-65843

Trial court:              309th District Court of Harris County

On April 3, 2014, appellant filed a suggestion of bankruptcy stating that her bankruptcy petition was reinstated on March 28, 2014. However, because the automatic stay of 11 U.S.C. § 362 only stays actions against a debtor, we issued an order on April 22, 2014 holding that this appeal was not stayed because appellant's suggestion of bankruptcy failed to demonstrate that the appeal—which arises from a divorce proceeding initiated by appellant—involves an action against the appellant. *See Budzyn v. Citibank (South Dakota), N.A.*, No. 01-08-00211-CV, 2010 WL 2044628, at *1 (Tex. App.—Houston [1st Dist.] May, 19, 2010, no pet.); *Greenberg v. Fincher & Son Real Estate, Inc.*, 753 S.W.2d 506, 506-07 (Tex. App.—Houston [1 Dist.]1988, no pet.); *Three Legged Monkey, L.P. v. Cook*, 417 S.W.3d 541, 543 (Tex. App.—El Paso 2013, petition for review filed); *Montgomery Ward & Co., Inc. v. Denton County Appraisal Dist.*, 13 S.W.3d 828, 829-830 (Tex. App.—Fort Worth 2000, pet. denied). Our order requested that appellant either file her brief or a response demonstrating the applicability of the Section 362 stay. On April 23, 2014, appellant filed a response, in the form of a motion for rehearing *en banc*, clarifying that attorney's fees and sanctions were awarded against appellant in the underlying case.

Upon consideration of appellant's response, it is ORDERED that this appeal is stayed until a party notifies the Court that reinstatement is authorized by federal law or by the bankruptcy court and moves to reinstate the case. *See* TEX. R. APP. P. 8.2, 8.3(a). If the bankruptcy court lifts or terminates the stay, a certified copy of the order must be attached to the motion to reinstate. *See* TEX. R. APP. P 8.3(a). Unless a party successfully moves to reinstate, this appeal will remain an inactive case on the Court's docket.

Appellant is ORDERED to provide this Court with an update on the bankruptcy proceedings within 6 months of the date of this order, and each 6 months thereafter.

Appellant's motion for rehearing *en banc* is dismissed as moot.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                   ☒ Acting individually    ☐ Acting for the Court

Date: April 29, 2014